899 So.2d 566 (2005)
STATE ex rel. Jeffery TAYLOR
v.
STATE of Louisiana.
No. 2004-KH-1566.
Supreme Court of Louisiana.
April 22, 2005.
In re Taylor, Jeffery;Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Tangipahoa, 21st Judicial District Court Div. A, No. 48551; to the Court of Appeal, First Circuit, No. 2004-KW-0718.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172.